IN THE UNITED STATES DISTRICT COURT OF DELAWARE

CASE NO.: 20- 668

BARBARA STONE

DR. ROBERT SARHAN

LESA M. MARTINO PHARMD

PLAINTIFFS

vs

DONALD J. TRUMP, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF THE UNITED STATES
1600 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20500

JERROLD LEWIS NADLER, INDIVIDUALLY AND IN HIS CAPACITY AS A U. S. CONGRESSMAN AND AS CHAIRMAN OF THE HOUSE COMMITTEE OF THE JUDICIARY
201 VARICK STREET, SUITE 669
NEW YORK, NY 10014

CHRISTOPHER ANDREW COONS, INDIVIDUALLY AND IN HIS CAPACITY AS A MEMBER OF THE SENATE JUDICIARY COMMITTEE; AND THE SENATE SELECT COMMITTEE ON ETHICS
1105 N. MARKET STREET, SUITE 100
WILMINGTON, DE 19801

RON DESANTIS, INDIVIDUALLY AND IN HIS CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA
700 N ADAMS STREET
TALLAHASSEE, FL 32303

## EMERGENCY MOTION FOR WAIVER OF FILING FEE

This Emergency Motion for Waiver of Fee is filed this 16th day of May, 2020 by Plaintiffs seeking this court waive the filing fee and state under penalties of perjury, the following statements which are true and correct to the best of their knowledge and belief:

1. It is unconscionable, an obstruction of justice and deprivation of access to the court and their Constitutional rights to force Plaintiffs to pay fees to obtain remedy for the unlawful acts of Defendants, public servants who are civilly and criminally violating the law; and
2. Plaintiffs Stone and Martino are in bankruptcy and their assets have been frozen and garnished due to the acts of Defendants, public servants who are engaged in civil and criminal and fraudulent and unlawful acts that precipitated the bankruptcy and this lawsuit.
3. Plaintiff Sarhan has been in bankruptcy where his home and life savings were stolen as a result of the collusion by Defendants, public servants in civil and criminal fraudulent and unlawful acts of public servants.
4. All Plaintiffs are suffering grave financial hardship.

5. It is a travesty of justice to force Plaintiffs to pay fees to remedy these unlawful acts.
6. Pursuant to 42 USC 1986 [1] this court has a duty to protect Plaintiffs from these wrongful acts.

Respectfully submitted,

| _s/ Barbara Stone | _s/ Robert Sarhan | _s/ Lesa M. Martino |
|---|---|---|
| Barbara Stone | Robert Sarhan | Lesa M. Martino |
| 19 W. Flagler Street # 404 | 19 W. Flagler Street # 404 | P.O. Box 320174 |
| Miami, FL 33130 | Miami, FL 33130 | Tampa, FL 33679 |
| Barbara.stone.usa@gmail.com | drrob2007@yahoo.com | Lesa.m.martino@gmail.com |
| 786.271.5016 | 305.358.9971 | 813.334.0888 |

## CERTIFICATE OF SERVICE

We hereby certify that a true copy of the foregoing was filed by sending a copy to the Court on May 16, 2020 for filing in Pacer.

_s/ Barbara Stone          _s/ Robert Sarhan          _s/ Lesa M. Martino

---

[1] 42 U.S. Code § 1986. Action for neglect to prevent
Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; ....